

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street Suite 1100
White Plains, New York 10606

June 8, 2023

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re: <u>United States v. Dagoberto Soto-Ramirez, et al.</u>,

           23 Cr. 261; S3 23 Cr. 261; S4 23 Cr. 261

Dear Judge McCarthy:

    Defendants Saul De La Cruz, Santiago Xavier Maldonado, Edwin Rodriguez, and Diego Muelas-Gonzalez, were arrested this morning and are scheduled to be brought before the Court for an initial appearance on the above-referenced Indictment. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the above-captioned Indictment, Superseding Indictments and arrest warrant.

                              Respectfully submitted,

                                DAMIAN WILLIAMS
                              United States Attorney

                By:    /s/
                      T. Josiah Pertz
                      Assistant United States Attorney
                      (212) 637-2246

SO ORDERED:

*[signature]*    6-8-2023
HON. JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York